**Order entered October 9, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00333-CV

### IN THE INTEREST OF N.K.C., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-21825**

### ORDER

Before the Court are appellee's September 28, 2020 and October 1, 2020 motions for sanctions for omissions and misrepresentation of facts and failure to serve. Appellee asserts appellant failed to serve her a copy of a motion he filed in August 2020 seeking to extend the time to file his brief and misrepresented and omitted facts in the brief. She asserts that, as a result, appellant's appeal is frivolous.

We **DENY** the motions without prejudice to raising the arguments concerning appellant's brief in appellee's brief. *See* TEX. R. APP. P. 38.2(a)(B).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE